# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**STEPHEN DUWAYNE HOOD,**       )
                                )
    **Plaintiff,**              )
                                )
**vs.**                         )   **2:11-CV-1896-AKK-JEO**
                                )
**SHERIFF TERRY PERKINS, et al.,** )
                                )
    **Defendants.**            )

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on May 25, 2012, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 54). The plaintiff filed objections on June 6, 2012. (Doc. 56).

In objecting to the report and recommendation the plaintiff continues the same allegations that he made in original complaint, that he is now in kidney failure and receiving dialysis three days a week because the defendants denied him adequate medical care during the five months he was in the Lamar County Jail. It is clear from the medical records submitted to the court that the plaintiff arrived at the Lamar County Jail after being diagnosed with hypertension, diabetes and kidney disease. However, the plaintiff has not submitted any facts to show that these defendants were deliberately indifferent to his medical needs.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITHOUT PREJUDICE**. A Final Judgment will be entered.

**DONE**, this the 6th day of July, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE